DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: DDickinson@littler.com

Attorney for Defendant
GENERAL INFORMATION SERVICES, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SUTTON,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No.: 2:19-cv-02190-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff DONALD SUTTON ("Plaintiff"), by and through his attorneys of record, Haines & Krieger, LLC and Knepper & Clark, LLC, and Defendant GENERAL INFORMATION SERVICES, LLC ("Defendant"), by and through its attorney of record, Littler Mendelson, hereby stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint from the current deadline of January 31, 2020, up to and including **February 14, 2020.**

As Defense counsel was recently retained in this case, this extension is necessary to provide additional time for Defense counsel to become familiar with the allegations in the Complaint and to prepare a responsive pleading.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.[1]

Dated: January 28, 2020

Respectfully submitted,

*/s/ Miles N. Clark*
MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
KNEPPER & CLARK, LLC

Attorneys for Plaintiff
DONALD SUTTON

Dated: January 28, 2020

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
GENERAL INFORMATION SERVICES, LLC

**IT IS SO ORDERED**

**DATED: January 30, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4812-0103-8515.1 103757.1000

---

[1] By submitting this stipulation, Defendant does not waive any arguments about this Court's jurisdiction. Instead, Defendant expressly reserves all such arguments.

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800